LAÓ FIGUEROA ET AL., APPELLANTS, *v.* REGISTRAR OF CAGUAS, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Refusing to Record a Deed of Purchase and Sale.

No. 447.—Decided January 19, 1920.

RECORD OF TITLE—CIVIL STATUS—CURABLE DEFECT.—Failure to state the civil status of the vendor when he acquired the property is a curable defect although "his wife" is a party to the deed.

ID.—AREA OF PROPERTY.—When there is a discrepancy between the area of a property as stated in the deed and its area according to the registry, the record should mention that fact as a curable defect.

The facts are stated in the opinion.

*Mr. A. Mena* for the appellants.

The respondent did not appear.

Mr. Justice del Toro delivered the opinion of the court.

José Morales and his wife sold to José Laó Figueroa and Leocadia Rodríguez an urban property in Caguas. The deed of purchase and sale having been presented in the registry of property, the registrar refused to record it "because as the registry does not show the civil status of the vendor when he acquired the property and such status has not been proved by lawful evidence, it is impossible to determine the lawful character thereof at the time of the acquisition or the capacity of José Morales García to dispose of the property, as his separate property, it being immaterial that his wife is now a party to the deed, for there is no presumption that one who is married to a certain person was so married at some time in the past." The registrar also assigned the curable defect of a contradiction between the area of the lot as stated in the deed and its area according to its former record in the registry.

The vendees appealed from the decision of the registrar to this court.

In our opinion the defect pointed out by the registrar exists, put is of a curable nature according to the jurisprudence laid down by this court in the cases of *López* v. *Registrar of San Juan*, 24 P. R. R. 389; *Delgado* v. *Registrar of San Germán*, 23 P. R. R. 654, and *Ortiz* v. *Registrar of San Germán*, 23 P. R. R. 652.

According to the deed the area of the lot is two hundred square meters, but according to its former record in the registry its area is two hundred and twenty-four meters. The discrepancy is obvious and we see no error on the part of the registrar in assigning it as a curable defect, but, under the procedure in force, this does not prevent the recording of the deed.

Therefore the registrar is ordered to record the deed in question with the curable defects to which we have referred.

*Reversed.*

Chief Justice Hernández and Justices Wolf, Aldrey and Hutchison concurred.